JS-6

1  CHARLES S. PAINTER (SBN 89045)
   REBECCA L. MENENDEZ (SBN 262487)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile
   cpainter@ericksenarbuthnot.com
5
   Attorneys for Defendant ESA MANAGEMENT, LLC a Delaware Limited Liability Company,
6  incorrectly sued herein as ESA MANAGEMENT, LLC, a North Carolina limited liability
   company
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFRONIA

10

11 | DENESE KOVAL, an individual       ) Case No.: 8:20-cv-00369-KES
                                       )
12 |        Plaintiff,                 ) **ORDER RE DEFENDANT'S NOTICE OF**
                                       ) **SETTLEMENT AND MOTION TO**
13 |    vs.                            ) **VACATE ALL DEADLINES**
                                       )
14 | EXTENDED STAY AMERICA, INC., a    )
     North Carolina corporation; ESA   )
15 | MANAGEMENT, LLC, a North Carolina )
     limited liability company; and DOES 1 )
16 | through 20, inclusive,            )
                                       )
17 |        Defendants.                )
                                       )
18 | _____     )

19

20         **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

21         Upon consideration of Defendant's Notice of Settlement and Motion to Vacate All

22 Deadlines, and the entire record herein, it is hereby **ORDERED** that Defendant's Notice of

23 Settlement in Principle and Motion to Vacate All Deadlines is hereby **GRANTED,** and it

24 is **ORDERED** that the parties have up to and including July 30, 2022, to file a Stipulated

25 Agreement and Dismissal, and it is

26 ///

27 ///

28 ///

---

**DEFENDANT'S NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DEADLINES**   8:20-cv-00369-KES
19-043/PLEADING.022                      - 1 -
CSP:RLM:jr

**FURTHER ORDERED** that all deadlines in the above-captioned case is hereby **VACATED**.

DATED: June 22, 2022

*Karen E. Scott*
KAREN SCOTT
MAGISTRATE JUDGE